# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 22-5069** | **September Term, 2023** |
| | 1:21-cv-00400-APM |
| | 1:21-cv-00586-APM |
| | 1:21-cv-00858-APM |
| | **Filed On:** January 11, 2024 |

James Blassingame and Sidney Hemby,

    Appellees

  v.

Donald J. Trump,

    Appellant

-----------------------------

Consolidated with 22-7030, 22-7031

**BEFORE:**  Srinivasan, Chief Judge; Katsas, Circuit Judge; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's agreed motion to stay issuance of the mandate pending filing of petition for writ of certiorari, it is

**ORDERED** that the motion be granted. The Clerk is directed to withhold the issuance of the mandate through February 15, 2024.  If, within the period of the stay, appellant notifies the Clerk in writing that a petition for writ of certiorari has been filed, the Clerk is directed to withhold issuance of the mandate pending the Supreme Court's final disposition of the matter. See Fed. R. App. P. 41(d)(2)(B); D.C. Cir. Rule 41(a)(2).

**Per Curiam**

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

        BY:    /s/
                Daniel J. Reidy
                Deputy Clerk