UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

JAMES BLASSINGAME AND
SIDNEY HEMBY,

                    Appellees,

          v.

DONALD J. TRUMP,

                    Appellant.

Appeal No. 22-5069
(Consolidated with
Nos. 22-7030, 22-7031)
Case No. 1:21-cv-00858-APM

## NOTICE OF WITHDRAWAL AS COUNSEL

Please take notice that as of January 26, 2024, Raymond P. Tolentino will no longer be associated with the firm Kaplan Hecker & Fink LLP, and will no longer be representing Amici Curiae, Former White House and DOJ Officials, in the above-captioned appeal. Amici Curiae will continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

Dated: January 26, 2024

/s/ Raymond P. Tolentino
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883
rtolentino@kaplanhecker.com

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

I certify that:

This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) and the word limit of Fed. R. App. P. 5(c)(1) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 52 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

Dated: January 26, 2024

/s/ Raymond P. Tolentino
Raymond P. Tolentino

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, I electronically filed the foregoing Notice of Withdrawal with the Clerk for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system.  A true and correct copy of this Notice has been served via the Court's CM/ECF system on all counsel of record.


Dated: January 26, 2024

/s/ Raymond P. Tolentino
Raymond P. Tolentino

*Counsel for Amici Curiae*