UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JAMES BLASSINGAME AND SIDNEY HEMBY,<br><br>                     Appellees,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>                     Appellant. | Appeal No. 22-5069<br>(Consolidated with<br>Nos. 22-7030, 22-7031)<br>Case No. 1:21-cv-00858-APM |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Please take notice that Alysha M. Naik is no longer associated with the firm Kaplan Hecker & Fink LLP, and no longer represents Amici Curiae, Former White House and DOJ Officials, in the above-captioned appeal. Amici Curiae will continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

Dated: January 29, 2024

/s/ Alysha M. Naik

Joshua A. Matz
Carmen Iguina González
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883

*Counsel for Amici Curiae*

# CERTIFICATE OF COMPLIANCE

I certify that:

This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) and the word limit of Fed. R. App. P. 5(c)(1) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 53 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

Dated: January 29, 2024

/s/ Alysha M. Naik
Alysha M. Naik

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, I electronically filed the foregoing Notice of Withdrawal with the Clerk for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system.  A true and correct copy of this Notice has been served via the Court's CM/ECF system on all counsel of record.

Dated: January 29, 2024

/s/ Alysha M. Naik
Alysha M. Naik