# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-5069**　　　　　　　　　　　　　　　**September Term, 2021**

**1:21-cv-00858-APM**

**Filed On: March 22, 2022** [1940052]

James Blassingame and Sidney Hemby,

    Appellees

  v.

Donald J. Trump,

    Appellant

## O R D E R

The notice of appeal was filed on March 18, 2022, and docketed in this court on March 22, 2022. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 21, 2022 |
| Docketing Statement Form | April 21, 2022 |
| Entry of Appearance Form | April 21, 2022 |
| Procedural Motions, if any | April 21, 2022 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 21, 2022 |
| Statement of Issues to be Raised | April 21, 2022 |
| Transcript Status Report | April 21, 2022 |
| Underlying Decision from Which Appeal or Petition Arises | April 21, 2022 |
| Dispositive Motions, if any (Original and 4 copies) | May 6, 2022 |

# United States Court of Appeals
#### For The District of Columbia Circuit
_____

**No. 22-5069**                                             **September Term, 2021**

It is

    **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 21, 2022 |
| Entry of Appearance Form | April 21, 2022 |
| Procedural Motions, if any | April 21, 2022 |
| Dispositive Motions, if any (Original and 4 copies) | May 6, 2022 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                              BY:    /s/
                                                Laura M. Chipley
                                                Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases