# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5069**  September Term, 2021

1:21-cv-00400-APM
1:21-cv-00858-APM
1:21-cv-00586-APM

**Filed On: March 25, 2022** [1940608]

James Blassingame and Sidney Hemby,

    Appellees

    v.

Donald J. Trump,

    Appellant

------------------------------

Consolidated with 22-7030, 22-7031

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                            FOR THE COURT:
                            Mark J. Langer, Clerk

               BY:    /s/
                            Scott H. Atchue
                            Deputy Clerk