# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Bennie G. Thompson, et al.

v.

Donald Trump, et al.

**Case No:** 22-7031

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ◉ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

All Plaintiffs: Karen Bass, Stephen I. Cohen, Bonnie Watson Coleman, Veronica Escobar, Primila Jayapal, Henry C. Johnson, Marcia Kaptur, Barbara J. Lee, Jerrold Nadler, Maxine Waters

### Counsel Information

Lead Counsel: Joseph M. Sellers
Direct Phone: (202) 408-4604  Fax: (202) 4084699  Email: jsellers@cohenmilstein.com

2nd Counsel: Brian C. Corman
Direct Phone: (202) 408-4653  Fax: (202) 408-4699  Email: bcorman@cohenmilstein.com

3rd Counsel: Alison Deich
Direct Phone: (202) 589-2285  Fax: (202) 408-4699  Email: adeich@cohenmilstein.com

Firm Name: Cohen Milstein Sellers & Toll PLLC
Firm Address: 1100 New York Ave., N.W., Suite 500, Washington, D.C. 20005
Firm Phone: (202) 408-4600  Fax: (202) 4699  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)