# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** James Blassingame and Sidney Hemby,

v.

Donald Trump

**Case No:** 22-5069

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

James Blassingame

Sidney Hemby

### Counsel Information

Lead Counsel: Patrick A. Malone

Direct Phone: (202) 742-1500   Fax: (202) 742-1515   Email: pmalone@patrickmalonelaw.com

2nd Counsel: Cameron Kistler

Direct Phone: (202) 997-0379   Fax: (   )    -    Email: cameron.kistler@protectdemocracy.org

3rd Counsel:

Direct Phone: (   )    -    Fax: (   )    -    Email:

Firm Name:

Firm Address:

Firm Phone: (   )    -    Fax: (   )    -    Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)