# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** James Blassingame and Sidney Hemby

v.

Donald J. Trump

**Case No:** 22-5069, 22-7030, 22-7031

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Donald J. Trump

### Counsel Information

Lead Counsel: Jesse R. Binnall

Direct Phone: (571) 467-6566　Fax: (703) 888-1930　Email: jesse@binnall.com

2nd Counsel: Molly McCann

Direct Phone: (571) 771-0018　Fax: (703) 888-1930　Email: molly@binnall.com

3rd Counsel:

Direct Phone: (___) ___-____　Fax: (___) ___-____　Email:

Firm Name: Binnall Law Group, PLLC

Firm Address: 717 King Street, Suite 200, Alexandria, Virginia 22314

Firm Phone: (703) 888-1943　Fax: (703) 888-1930　Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)