# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 22-5069, 22-7030, 22-7031    2. DATE DOCKETED: 03-22-2022
3. CASE NAME (lead parties only) James Blassingame v. Donald J. Trump
4. TYPE OF CASE: [X] District Ct -  [ ] US Civil  [ ] Private Civil  [ ] Criminal  [ ] Bankruptcy
   [ ] Bankruptcy - if direct from Bankruptcy Court    [ ] Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    [ ] Yes  [X] No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action 1:21-cv-00858-APM    Bankruptcy _____    Tax _____
      Criminal _____    Adversary _____
      Miscellaneous _____    Ancillary _____
   b. Review is sought of:
      [ ] Final Order  [X] Interlocutory Order appealable as of right  [ ] Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Amit P. Mehta    Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 02-18-2022    e. Date notice of appeal filed: 03-18-2022
   f. Has any other notice of appeal been filed in this case?  [ ] Yes  [X] No  If YES, date filed: _____
   g. Are any motions currently pending in trial court?  [ ] Yes  [X] No  If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  [X] Yes  [ ] No
      If NO, why not? _____
   i. Has this case been before the Court under another appeal number? [ ] Yes  Appeal # _____  [X] No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      [X] Yes  [ ] No  If YES, give each case's court and case name, and docket number:
      See complete list of cases in Appellant's Certificate As To Parties, Rulings, And Related Cases
   k. Does this case turn on validity or correct interpretation or application of a statute?  [X] Yes  [ ] No
      If YES, give popular name and citation of statute 42 U.S.C. 1985(1)
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  [ ] Yes  [X] No  If so, provide program name and participation dates

Signature _/s/_____    Date April 21, 2022
Name of Party Donald J. Trump
Name of Counsel for Appellant/Petitioner Jesse R. Binnall
Address Binnall Law Group, 717 King Street, Suite 200, Alexandria, Virginia 22314
Phone ( 703 ) 888-1943    Fax ( 703 ) 888-1930

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)