IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| James Blassingame and Sidney Hemby, <br><br> Appellees <br><br> v. <br><br> Donald J. Trump, <br><br> Appellant. | No. 22-5069, 22-7030, 22-7031 <br> September Term, 2021 |

## STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Appellant Donald J. Trump will file an appendix with his brief, pursuant to Federal Rule of Appellate Procedure 30 and D.C. Circuit Rule 30(a). He has chosen not to utilize a deferred joint appendix pursuant to Federal Rule of Appellate Procedure 30(c).

Dated: April 21, 2022

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall
Molly McCann
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com

molly@binnall.com

*Attorneys for Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that on April 21, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump*