# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 22-5069** | **September Term, 2021** |
| | 1:21-cv-00400-APM |
| | 1:21-cv-00858-APM |
| | 1:21-cv-00586-APM |
| | **Filed On: August 16, 2022** [1959551] |

James Blassingame and Sidney Hemby,

    Appellees

  v.

Donald J. Trump,

    Appellant

------------------------------

Consolidated with 22-7030, 22-7031

## O R D E R

Upon consideration of the joint motion for extension of briefing deadlines, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | September 23, 2022 |
| Appellant's Reply Brief | October 31, 2022 |

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

          BY:    /s/
                  Scott H. Atchue
                  Deputy Clerk