# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Blassingame, et al.

v.

Trump

**Case No:** 22-5069

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

James Blassingame

Sidney Hemby

### Counsel Information

**Lead Counsel:** Patrick Malone (already appeared)

**Direct Phone:** (202) 742-1500   **Fax:** (202) 742-1515   **Email:** pmalone@patrickmalonelaw.com

**2nd Counsel:** Kristy Parker

**Direct Phone:** (202) 424-9906   **Fax:** (929) 777-8428   **Email:** kristy.parker@protectdemocracy.org

**3rd Counsel:**

**Direct Phone:** (___) ___-____   **Fax:** (___) ___-____   **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** (___) ___-____   **Fax:** (___) ___-____   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)