# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Blassingame, et al.

v.

Trump

**Case No:** 22-5069

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

James Blassingame

Sidney Hemby

### Counsel Information

**Lead Counsel:** Patrick Malone (already appeared)

**Direct Phone:** (202) 742-1500  **Fax:** (202) 742-1515  **Email:** pmalone@patrickmalonelaw.com

**2nd Counsel:** Erica Newland

**Direct Phone:** (334) 703-1592  **Fax:** (929) 777-8428  **Email:** erica.newland@protectdemocracy.org

**3rd Counsel:** Helen White

**Direct Phone:** (202) 868-3146  **Fax:** (929) 777-8428  **Email:** helen.white@protectdemocracy.org

**Firm Name:**

**Firm Address:**

**Firm Phone:** ( ) -  **Fax:** ( ) -  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)