# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5069**  **September Term, 2022**

1:21-cv-00400-APM
1:21-cv-00858-APM
1:21-cv-00586-APM

Filed On: November 23, 2022 [1974992]

James Blassingame and Sidney Hemby,

    Appellees

    v.

Donald J. Trump,

    Appellant

------------------------------

Consolidated with 22-7030, 22-7031

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for December 07, 2022, at 9:30 A.M.:

    Appellant  -  15 Minutes

    Appellees  -  15 Minutes

One counsel per side to argue. The panel considering these cases will consist of Chief Judge Srinivasan, Circuit Judge Katsas, and Senior Circuit Judge Rogers.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 28, 2022.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)