# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5069**  September Term, 2022

1:21-cv-00400-APM
1:21-cv-00858-APM
1:21-cv-00586-APM

**Filed On: December 7, 2022** [1976731]

James Blassingame and Sidney Hemby,

      Appellees

  v.

Donald J. Trump,

      Appellant

------------------------------

Consolidated with 22-7030, 22-7031

    **BEFORE:**    Chief Judge Srinivasan, Circuit Judge Katsas, and Senior Circuit Judge Rogers

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Wednesday, December 7, 2022 at 9:32 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

  Jesse R. Binnall, counsel for Appellant.

  Joseph M. Sellers, counsel for Appellees.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                BY:    /s/
                        Anne A. Rothenberger
                        Deputy Clerk