# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** James Blassingame and Sidney Hemby

v.

Donald J. Trump

**Case No:** 22-5069

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

United States of America

### Counsel Information

**Lead Counsel:** Sean R. Janda
**Direct Phone:** (202) 514-3388   **Fax:** ( )   **Email:** sean.r.janda@usdoj.gov

**2nd Counsel:** Mark R. Freeman
**Direct Phone:** (202) 514-5714   **Fax:** ( )   **Email:** mark.freeman2@usdoj.gov

**3rd Counsel:** Mark B. Stern
**Direct Phone:** (202) 514-5089   **Fax:** ( )   **Email:** mark.stern@usdoj.gov

**Firm Name:** United States Department of Justice, Civil Division, Appellate Staff
**Firm Address:** 950 Pennsylvania Ave NW, Room 7260; Washington, DC 20530
**Firm Phone:** ( )   **Fax:** ( )   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)