# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** James Blassingame and Sidney Hemby

v. Donald J. Trump

**Case No:** 22-5069

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ◉ Gov't counsel for the ☐ Appellant(s)/Petitioner(s)  ☐ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ◉ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

United States of America

### Counsel Information

Lead Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

2nd Counsel: Joshua M. Salzman

Direct Phone: (202) 532-4747  Fax: (___) _____  Email: joshua.m.salzman@usdoj.gov

3rd Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

Firm Name: United States Department of Justice, Civil Division, Appellate Staff

Firm Address: 950 Pennsylvania Ave NW, Room 7258; Washington, DC 20530

Firm Phone: (___) _____  Fax: (___) _____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)