# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 22-5069** | **September Term, 2022** |
| | 1:21-cv-00400-APM |
| | 1:21-cv-00858-APM |
| | 1:21-cv-00586-APM |
| | **Filed On: January 13, 2023** |

James Blassingame and Sidney Hemby,

    Appellees

  v.

Donald J. Trump,

    Appellant

------------------------------

Consolidated with 22-7030, 22-7031

    **BEFORE:**   Srinivasan, Chief Judge; Katsas, Circuit Judge; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of the government's unopposed motion for 30-day extension of time to file a brief amicus curiae, it is

**ORDERED** that the motion be granted. The amicus curiae brief of the United States Department of Justice is now due by 4:00 p.m. on Thursday, February 16, 2023. Any responsive briefs from the parties are now due by 4:00 p.m. on Thursday, March 2, 2023.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

    BY:   /s/
          Scott H. Atchue
          Deputy Clerk