# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 22-7031** | **September Term, 2023** |
| | 1:21-cv-00400-APM |
| | Filed On: November 30, 2023 [2029340] |

Barbara J. Lee, et al.,

      Appellees

    v.

Donald J. Trump, solely in his personal capacity,

      Appellant

Rudolph W. Giuliani, et al.,

      Appellees

-----------------------------

Consolidated with 22-5069

    **BEFORE:**    Srinivasan, Chief Judge, Katsas, Circuit Judge, and Rogers, Senior Circuit Judges

## O R D E R

Upon consideration of appellees' unopposed motion to change the caption in case No. 22-7031, it is

**ORDERED** hat the motion be granted. The Clerk is directed to note the termination of appellee Bennie Thompson on the docket.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

    BY:    /s/
                Michael C. McGrail
                Deputy Clerk