# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-5069**  **September Term, 2023**

1:21-cv-00400-APM
1:21-cv-00858-APM
1:21-cv-00586-APM

**Filed On: February 16, 2024** [2040848]

James Blassingame and Sidney Hemby,

    Appellees

  v.

Donald J. Trump,

    Appellant

------------------------------

Consolidated with 22-7030, 22-7031

## M A N D A T E

    In accordance with the judgment of December 1, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

            BY:    /s/
                        Daniel J. Reidy
                        Deputy Clerk

Link to the judgment filed December 1, 2023