[ORAL ARGUMENT NOT YET SCHEDULED]

No. 22-5069
(Consolidated with 22-7030, 22-7031)

---

James Blassingame and Sidney Hemby,

*Plaintiffs-Appellees*,

v.

Donald J. Trump,

*Defendant-Appellant*.

---

*On Appeal from the*
*United States District Court for the District of Columbia*

---

**NOTICE OF INTENT OF LAW PROFESSORS TO PARTICIPATE AS *AMICI CURIAE* IN SUPPORT OF APPELLEES**

---

                                      Elizabeth B. Wydra
                                      Brianne J. Gorod
                                      Charlotte Schwartz
                                      CONSTITUTIONAL
                                          ACCOUNTABILITY CENTER
                                      1200 18th St. NW, Suite 501
                                      Washington, DC 20036
                                      (202) 296-6889
                                      brianne@theusconstitution.org

*Counsel for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amici curiae* state that no party to this brief is a publicly-held corporation, issues stock, or has a parent corporation.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICI CURIAE*

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure*, *amici* Law Professors hereby give notice that they intend to file a brief as *amici curiae* in support of Appellees in this matter. A full listing of *amici* is included in the Appendix to this notice. All parties have consented to the filing of this brief.

Respectfully submitted,

/s/ Brianne J. Gorod
Elizabeth B. Wydra
Brianne J. Gorod
Charlotte Schwartz
CONSTITUTIONAL
  ACCOUNTABILITY CENTER
1200 18th St. NW, Suite 501
Washington, DC 20036
(202) 296-6889
brianne@theusconstitution.org

Dated: September 30, 2022

# APPENDIX
## List of *Amici*[†]

**Evan H. Caminker,** Dean Emeritus and Branch Rickey Collegiate Professor of Law, University of Michigan Law School

**Vicki C. Jackson,** Laurence H. Tribe Professor of Constitutional Law, Harvard Law School

**Andrew Kent,** Professor of Law and John D. Feerick Research Chair, Fordham University School of Law

**Sheldon Nahmod,** University Distinguished Professor of Law Emeritus, IIT Chicago-Kent College of Law

**Daphna Renan,** Peter B. Munroe and Mary J. Munroe Professor of Law, Harvard Law School

**Peter M. Shane,** Jacob E. Davis and Jacob E. Davis II Chair in Law Emeritus, The Ohio State University Moritz College of Law

† Institution names are provided for purposes of identification only.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on September 30, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 30th day of September, 2022.

/s/ Brianne J. Gorod
Brianne J. Gorod

*Counsel for Amici Curiae*