# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-5069**                           **September Term, 2022**

1:21-cv-00400-APM
1:21-cv-00586-APM
1:21-cv-00858-APM

**Filed On:** December 20, 2022

James Blassingame and Sidney Hemby,

      Appellees

  v.

Donald J. Trump,

      Appellant

-----------------------------

Consolidated with 22-7030, 22-7031

      **BEFORE:**   Srinivasan, Chief Judge; Katsas, Circuit Judge; and Rogers, Senior Circuit Judge

## O R D E R

    It is **ORDERED**, on the court's own motion, that the United States Department of Justice be invited to file a brief amicus curiae, not to exceed 5,200 words, by 4:00 p.m. on Tuesday, January 17, 2023, expressing the views of the United States in these consolidated cases. The parties may file responses, not to exceed 3,000 words each, by 4:00 p.m. on Tuesday, January 31, 2023. In addition to electronic filing, paper copies of the submissions must be delivered to the court by the time and date due.

**Per Curiam**

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                        BY:    /s/
                                  Michael C. McGrail
                                  Deputy Clerk