[ORAL ARGUMENT HELD DECEMBER 7, 2022]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JAMES BLASSINGAME AND SIDNEY HEMBY,<br><br>      Appellees,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>      Appellant.<br>_____<br><br>Consolidated with 22-7030, 22-7031 | No. 22-5069 |

**UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME**

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 28(e), the United States respectfully moves for a 14-day extension of time, to and including March 2, 2023, in which to file any amicus brief in this case. All parties consent to this motion.

1. The United States is not a party to this litigation, in which the plaintiff-appellees have asserted various claims against the defendant-appellant, former-President Donald J. Trump, in his individual capacity. The Court held argument in these appeals on December 7, 2022. On December 20, 2022, the

Court entered an order inviting the United States to file a brief amicus curiae expressing the views of the United States in these cases. Following one 30-extension, any brief on behalf of the United States is currently due on February 16, 2023.

      2. The United States respectfully requests that this deadline be extended 14 days to March 2, 2023. As the Court is aware, any amicus filing in this case must be authorized by the Solicitor General, a process that involves consultation with all potentially affected government components. *See* 28 C.F.R. § 0.20(c). The additional time is necessary to allow those consultations and deliberations to be completed and to ensure that the Solicitor General has an adequate opportunity to determine whether and to what extent to authorize any amicus filing. The additional time will also enable government counsel to prepare any brief the Solicitor General may authorize.

      3. Counsel for the parties have indicated that the parties do not object to this request.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court grant the motion for a 14-day extension of time, to and including March 2, 2023, in which to file any amicus brief.

Respectfully submitted,

MARK R. FREEMAN
MARK B. STERN
JOSHUA M. SALZMAN
 *s/ Sean R. Janda*
SEAN R. JANDA
*Attorneys, Appellate Staff*
*Civil Division, Room 7260*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-3388*
*sean.r.janda@usdoj.gov*

FEBRUARY 2023

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 289 words, according to the count of Microsoft Word.

>  */s/ Sean R. Janda*
>  Sean R. Janda