# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5069**                                                                   **September Term, 2022**

1:21-cv-00400-APM
1:21-cv-00858-APM
1:21-cv-00586-APM

**Filed On: February 13, 2023** [1985717]

James Blassingame and Sidney Hemby,

    Appellees

   v.

Donald J. Trump,

    Appellant

------------------------------

Consolidated with 22-7030, 22-7031

      **BEFORE:**   Srinivasan, Chief Judge; Katsas, Circuit Judge, and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of the government's unopposed motion for 30-day extension of time to file a brief amicus curiae, it is

**ORDERED** that the motion be granted. The amicus curiae brief of the United States Department of Justice is now due by 4:00 p.m. on Thursday, March 2, 2023. Any responsive briefs from the parties are now due by 4:00 p.m. on Thursday, March 16, 2023.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Michael C. McGrail
      Deputy Clerk
