# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| James Blassingame and Sidney Hemby, | |
| Appellees | |
| v. | No. 22-5069, 22-7030, 22-7031 |
| Donald J. Trump, | September Term, 2021 |
| Appellant. | |

## UNOPPOSED MOTION FOR 7-DAY EXTENSION OF TIME

Donald J. Trump ("President Trump") respectfully moves this Court for a 7-day extension of time for the parties to file their respective responses to the amicus brief of the United States, pursuant to Federal Rule of Appellate Procedure 26(b). Currently, the parties' briefs are due on March 16, 2023. A 7-day extension would set a new filing deadline of March 23, 2023. The Appellees consent to the mutual one-week extension.

The United States requested two extensions before filing its amicus brief in which it presented a position on executive immunity that had not been advanced or addressed by either party on appeal. An extension is warranted to respond to this new argument. Moreover, because of the extensions that the government previously received, the response deadline now conflicts with deadlines in several other matters in which counsel has been previously engaged.

Dated: March 13, 2023                                Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall
Molly McCann
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
          molly@binnall.com

David A. Warrington
Jonathan M. Shaw
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue
Suite 608
Alexandria, Virginia 22314
(415) 433-1700
dwarrington@dhillonlaw.com
jshaw@dhillonlaw.com
*Attorneys for Donald J. Trump*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 241 words, calculated using Microsoft Word's word-count function. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word in Times New Roman 14-point font, a proportionally spaced typeface.

Dated: March 13, 2023                /s/ Jesse R. Binnall
                                 Jesse R. Binnall

                                 *Attorney for Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that on March 13, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump*