# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 22-5069**            **September Term, 2022**

1:21-cv-00400-APM
1:21-cv-02265-APM
1:21-cv-00858-APM
1:21-cv-00586-APM

**Filed On: March 16, 2023** [1990376]

James Blassingame and Sidney Hemby,

    Appellees

  v.

Donald J. Trump,

    Appellant

------------------------------

Consolidated with 22-7030, 22-7031

    **BEFORE:**    Srinivasan, Chief Judge; Katsas, Circuit Judge; and Rogers, Senior Circuit Judge

### O R D E R

Upon consideration of appellant's unopposed motion for a 7-day extension of time to file responses to the amicus brief of the United States, it is

**ORDERED** that the motion be granted. The parties' responses are now due on March 23, 2023.

### Per Curiam

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                      BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk