# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7010**                        **September Term, 2022**

**1:21-cv-00400-APM**
**1:21-cv-02265-APM**
**1:21-cv-00858-APM**
**1:21-cv-00586-APM**

**Filed On: March 16, 2023** [1990481]

Conrad P. Smith, et al.,

    Appellees

    v.

Donald J. Trump, solely in his personal capacity,

    Appellant

Donald J. Trump For President, Inc., et al.,

    Appellees

**No. 22-5069**

**1:21-cv-00400-APM**
**1:21-cv-00586-APM**
**1:21-cv-00858-APM**

James Blassingame and Sidney Hemby,

    Appellees

    v.

Donald J. Trump,

    Appellant

------------------------------

Consolidated with 22-7030, 22-7031

    **BEFORE:**   Srinivasan, Chief Judge; Katsas, Circuit Judge; and Rogers, Senior Circuit Judge

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7010**	**September Term, 2022**

### O R D E R

Upon consideration of appellees' motion to consolidate related interlocutory appeals, the oppositions thereto, and the replies, it is

**ORDERED** that the motion be denied.

### Per Curiam

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                  BY:    /s/
                            Michael C. McGrail
                            Deputy Clerk