# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** James Blassingame et al. (Appellees)

v.

Donald J. Trump (Appellant)

**Case No:** 22-5069, 22-7030, 22-7031

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Hon. Barbara J. Lee

### Counsel Information

**Lead Counsel:** Donald B. Verrilli, Jr.
**Direct Phone:** (202) 220-1101  **Fax:** (202) 220-2300  **Email:** donald.verrilli@mto.com

**2nd Counsel:** Ginger D. Anders
**Direct Phone:** (202) 220-1107  **Fax:** (202) 220-2300  **Email:** ginger.anders@mto.com

**3rd Counsel:** Elaine J. Goldenberg
**Direct Phone:** (202) 220-1114  **Fax:** (202) 220-2300  **Email:** elaine.goldenberg@mto.com

**Firm Name:** Munger, Tolles & Olson LLP
**Firm Address:** 601 Massachusetts Avenue, NW Suite 500E Washington, DC 20001
**Firm Phone:** (202) 220-1100  **Fax:** (202) 220-2300  **Email:** donald.verrilli@mto.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)