# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** James Blassingame et al. (Appellees)

**v.**

Donald J. Trump (Appellant)

**Case No:** 22-5069, 22-7030, 22-7031

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Hon. Barbara J. Lee

### Counsel Information

Lead Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

2nd Counsel: Sarah Weiner

Direct Phone: (202) 220-1141  Fax: (202) 220-2300  Email: Sarah.Weiner@mto.com

3rd Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

Firm Name: Munger, Tolles & Olson LLP

Firm Address: 601 Massachusetts Avenue, NW Suite 500E Washington, DC 20001

Firm Phone: (202) 220-1100  Fax: (202) 220-2300  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)